AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| JUANA GINES, *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 1:21-CV-00594 |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security *Defendant* | ) ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** JUDGMENT BE AND IS HEREBY ENTERED in favor of plaintiff JUANA GINES and against defendant, KILOLO KIJAKAZI, Acting Commissioner of Social Security, as follows: The Commissioner's decision is VACATED and this matter is REMANDED to the Commissioner pursuant to 42 U.S.C. Section 405 (g) for further proceedings consistent with the court's order (Doc. 15), dated December 13, 2021.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Magistrate Judge Susan E. Schwab   on a complaint fo judicial review.

Date: December 13, 2021

*CLERK OF COURT*

K. McKinney, Deputy Clerk
*Signature of Clerk or Deputy Clerk*